UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Mason, et al.,

    Plaintiffs,

v.                                  Case No. 1:24cv217

Auto-Owners Insurance Company,      Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to a settlement conference conducted by the Court, this matter is settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days reopen the action. The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                    *s/Michael R. Barrett*
                                                     Michael R. Barrett, Judge
                                                     United States District Court